KYH
CCM 2026R00260

X FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 0 9 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
CR DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **CRIMINAL NO.** 1:26-mj-00876-JMC |
| | * | |
| Tilson Santamaria-Orellana | * | |
| Alias: Tirso Santamaria | * | |

\*\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Carly Adams, being duly sworn, deposes and states the following:

1.      I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since December 28, 2025. I am authorized by law to interrogate, arrest, search, and seize aliens who are unlawfully present in the United States pursuant to Title 8, United States Code, Section 1357. Throughout my career, I have been involved in the investigation of numerous cases involving the illegal reentry of aliens into the United States.

2.      I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other enforcement officers involved in the investigation.

3.      Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

KYH
CCM 2026R00260

4.      This Affidavit is submitted in support of a criminal complaint and arrest warrant for Tilson Santamaria-Orellana ("SANTAMARIA"), charging him with reentry after removal in violation of 8 U.S.C. § 1326(a).

## PROBABLE CAUSE

5.      The defendant is a citizen and national of Honduras, and not a native, citizen or national of the United States.

6.      At an unknown date and time before June 4, 2015, the defendant entered the United States at or near Rio Grande Valley, Texas without inspection by an immigration officer. On June 5, 2015, an Immigration Judge in York, PA ordered SANTAMARIA removed to Honduras. On June 11, 2015, ICE ERO removed SANTAMARIA via the Valley International Airport.

7.      On March 16, 2026, at approximately 0630 hours, Salisbury, MD ICE ERO Fugitive Operations Unit Officers were conducting targeted enforcement in the area of 217 Branch St., Berlin, MD, 21811. Officers know that there are a large number of illegal aliens in this area. Officers have identified multiple known illegal aliens that reside at this address. Officers observed a white Ford F-250, with Maryland registration "8EX4388," at the address. Officers conducted a registration check of the vehicle. Through records checks, officers observed that the registered owner of the vehicle, Adonis SANTAMARIA-Orellana, was an apparent illegal alien within the United States. Officers know that Adonis SANTAMARIA-Orellana has interfered with ICE ERO operations by helping an escaped target enter inside his vehicle and avoid being arrested.

8.      Officers also observed that a tan SUV, with MD registration "2EH9480" was at the address. Officers ran a registration check of the vehicle. Through records checks, officers observed that the registered owner of the vehicle, Tilson SANTAMARIA-Orellana, was an apparent illegal alien within the United States.

KYH
CCM 2026R00260

9.      Officers observed the Ford F-250 exit the residence and travel onto N/B Rt. 113. At approximately 0648 hours, while wearing law enforcement markings, deportation officers attempted to conduct a vehicle stop on the Ford F-250, in the area of S/B Main St. at Sonrise Church, 10026 Main St., Berlin, MD. 21811. Officers observed that the Ford F-250 briefly pulled over to the side of the road, and once officers exited their patrol vehicles, the Ford F-250 quickly fled from the traffic stop. Officers briefly followed behind the Ford F-250 and eventually effected a traffic stop on the Ford F-250. Officers administered a field interview, identifying the vehicle operator as Tilson SANTAMARIA-Orellana, the target of the enforcement action. During the field interview, and prior to detainment by using records checks, officers established alienage and removability.

10.     ICE ERO Fugitive Operations Officers conducted a search incident to arrest discovering a Maryland driver's license, and United States work authorization, affirming SANTAMARIA's identity. Officers served SANTAMARIA an I-200 Warrant of Arrest pursuant to ICE policy. Upon conducting a follow up field interview of SANATMARIA, SANTAMARIA advised that he "would not answer any questions" that officers were going to ask him. Officers transported SANTAMARIA to the Salisbury ICE ERO Office for processing.

11.     Through photo comparison from SANTAMARIA's arrest on June 4, 2015, officers were able to positively identify SANTAMARIA.

12.     There is no record that, following the prior deportation, the defendant ever obtained permission to reenter the United States from the Secretary for Homeland Security, the United States Attorney General, or any other authorized official.

3

KYH
CCM 2026R00260

## CONCLUSION

13.    Accordingly, pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint and warrant for the arrest of Tilson Santamaria-Orellana, an alien who previously had been removed, knowingly entered and was found in the United States without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission in the United States as required by law, in violation of 8 U.S.C. § 1326(a).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Carly Adams*

Carly Adams
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this ___9___ day of April 2026.

The Honorable J. Mark Coulson
United States Magistrate Judge

4